548

No. 545. CITY OF YONKERS, TRUSTEE, *v*. SAME. December 18, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. E. J. Dimock* for petitioners in Nos. 543, 544, and 545, and with *Mr. J. Donald Rawlings* for petitioner in No. 542. *Mr. George P. Barse* for respondent. Reported below: 106 F. 2d 69.

No. 537. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v*. TYNG; and

No. 538. SAME *v*. BUCHSBAUM. See *ante*, p. 527.

No. 569. UNITED STATES *v*. UNITED STATES FIDELITY & GUARANTY CO. ET AL. January 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Jackson* for the United States. *Mr. Bower Broaddus* for respondents.

No. 570. UNITED STATES *v*. SHAW, ADMINISTRATOR. January 8, 1940. Petition for writ of certiorari to the Supreme Court of Michigan granted. *Solicitor General Jackson* for the United States. *Messrs. Eugene F. Black* and *Howell Van Auken* for respondent.

No. 559. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v*. PRICE. January 15, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. David H. Blair, C. R. Wharton,* and *Julius C. Smith* for respondent.